**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David Roger PROBST, Petitioner**

**No. 896 MAL 2016**

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Wecht did not participate in the consideration or decision of this matter.

**IN RE: ESTATE OF Margaret Anita HOWARD, Deceased**

**Anita B. Schwenk, Executrix of the Estate of Margaret Anita Howard, Respondent**

**Petition of: Douglass E. Howard, Jr.**

**No. 855 MAL 2016**

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**